IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Zikiteran D. Robinson, #10778-035, | ) | |
| | ) | |
| Movant, | ) | C.A. No. 4:07–3118–HMH |
| | ) | |
| v. | ) | **OPINION & ORDER** |
| | ) | |
| J. Owens, Warden FCI-Oakdale, | ) | |
| and the Bureau of Prisons, | ) | |
| | ) | |
| Respondents. | ) | |

  This matter is before the court on Zikiteran D. Robinson's ("Robinson") pro se request for state sentencing transcripts, as well as federal investigation, arrest, and pre-sentence investigation reports. Pro se motions are liberally construed and are held to a less stringent standard than those drafted by attorneys. See Gordon v. Leeke, 574 F.2d 1147, 1151 (4th Cir. 1978). This court has construed Robinson's motion as one requesting the production of the above-referenced records at the Government's expense. However, even though the court has applied a less stringent standard of review, Robinson's request cannot be granted. A prisoner who requests free copies of records in his or her criminal case, whether it is a state or federal case, must show a particularized need for such records. Jones v. Superintendent, Virginia State Farm, 460 F.2d 150, 152–53 (4th Cir. 1972); Morin v. United States, 522 F.2d 8, 9 (4th Cir. 1975) (applying Jones to federal prisoner). Robinson has not shown a particularized need for the records requested. Accordingly, Robinson's motion for a copy of the above-referenced records at the Government's expense is denied. Robinson may obtain a copy of the requested records at his own expense, if he so desires.

1

It is therefore

**ORDERED** that Robinson's motion for records relating to his arrest, conviction, and sentencing, docket number 35, is denied.

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
June 19, 2008

### NOTICE OF RIGHT TO APPEAL

The Movant is hereby notified that he has the right to appeal this order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.